ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA  94105
     Telephone:  (415) 977-8939
     Facsimile:  (415) 744-0134
     Email:  Jeffrey.Chen@ssa.gov
Attorneys for Defendant

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSANA RODRIGUEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. CV 12-2191-RNB<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

     The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for

further proceedings consistent with the Stipulation of Remand.

DATED: February 1, 2013

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE